IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSICA ELIZABETH GARRETT,<br><br>Defendant. | CR 23-03-BU-DLC<br><br>FINDINGS AND RECOMMENDATION |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of wire fraud, in violation of 18 U.S.C. § 1343 (Count 2), and one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1) (Count 5), as set forth in the Superseding Indictment. In exchange for the Defendant's plea, the United States has agreed to dismiss Counts 1, 3, 4, and 6 of the Superseding Indictment.

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offense charged against her, and an informed and voluntary admission to the allegation of forfeiture;

1

2.   That the Defendant is aware of the nature of the charge against her and the consequences of pleading guilty to the charge;

3.   That the Defendant fully understands her constitutional rights, and the extent to which she is waiving those rights by pleading guilty;

4.    That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that she fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty Counts 2 and 5 of the Superseding Indictment, and that sentence be imposed. I further recommend that Counts 1, 3, 4, and 6 of the Superseding Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 26th day of April, 2023.

_Kathleen L. DeSoto_
Kathleen L. DeSoto
United States Magistrate Judge